■ The People of the State of New York, Respondent, v Thomas Hollis, Appellant. [632 NYS2d 475] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered November 19, 1993.

Ordered that the judgment is affirmed (see, People v Harris, 61 NY2d 9). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.